## IOWA *v.* ILLINOIS.

### IN EQUITY.

No. 2, Original. Decree entered April 23, 1906.

The boundary line between the State of Iowa and the State of Illinois is the middle of the main navigable channel of the Mississippi river at the places where the nine bridges mentioned in the pleadings cross said river.

THIS cause came on for final decree and was submitted on the following stipulation:

"And now comes the State of Iowa, complainant in this cause, and also comes the State of Illinois, defendant in this cause, and severally and jointly move the court to vacate and set aside so much of the interlocutory order entered in this cause on the third day of January, A. D. 1893, as orders 'that a commission be appointed to ascertain and designate at said places the boundary line between the two States, said commission consisting of three competent persons to be named by the court, upon suggestion of counsel, and be required to make a proper examination and to delineate on maps prepared for that purpose the true line as determined by this court and report the same to the court for its further action'; and also the interlocutory order entered in this cause on the seventh day of March, A. D. 1893; and also that part of the interlocutory order entered in this cause on the tenth day of April, A. D. 1893, which was not set aside and vacated by the interlocutory order

entered in this cause on the fifteenth day of January, A. D. 1894; and that that part of the interlocutory order entered in this cause on the third day of January, A. D. 1893, whereby it was 'ordered, adjudged, and decreed by this court that the boundary line between the State of Iowa and the State of Illinois is the middle of the main navigable channel of the Mississippi river at the places where the nine bridges mentioned in the pleadings cross said river,' be declared the final order, judgment, and decree of this court in this cause.

> "CHAS. W. MULLAN,
> "*Attorney General of Iowa.*
> "W. H. STEAD,
> "*Attorney General of Illinois.*"

PER CURIAM: In consideration whereof and of the decision of this court reported 147 U. S. 1, it is ordered, adjudged and decreed that the boundary line between the State of Iowa and the State of Illinois is the middle of the main navigable channel of the Mississippi river at the places where the nine bridges mentioned in the pleadings cross said river.